Date: 09/17/10    *RECP # 151018*    Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-16142 - HAMID, NAJAH

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Millenium Radiology Assoc Ltd<br>5620 Southwyck Blvd<br>Toledo, OH 43614-1501 | 000005 | 266.00 | 3.67 *CK # 104* |
| Division Of Water<br>PO Box 94540<br>Clevleland, OH 44101-4540<br>  (9-1) unpaid compensation for<br>  service performed 5/14/08-8/7/08<br>  (9-1) alaisaj_richardson@clevelandwater.com 9422910000 6 | 000009 | 265.10 | 3.65 *#108* |
| ---------- Remittance Total ---------- | | 531.10 | 7.32 |

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 SEP 27 AM 11:34 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND